IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VRAIMONE PARKER, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-141 (HL-TQL) |
| | * |
| VALDOSTA STATE PRISON, | * |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of February, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk